UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| A.I.P., et al., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SANTA ANA, et. al., <br><br> Defendants. | Case No: 8:19-cv-02212-JLS (JDEx) <br><br> STIPULATED PROTECTIVE ORDER REGARDING PRODUCTION OF ORANGE COUNTY PROBATION DEPARTMENT CORONER RECORDS PURSUANT TO THIRD PARTY SUBPOENA |

Having reviewed the Stipulated Protective Order Regarding Production of Orange County Probation Department Records Pursuant to Third Party Subpoena (Dkt. 47, "Stipulation"), and good cause appearing therefor, paragraphs 1 through 9 of the Stipulation shall constitute the Order of the Court, except, nothing in the Stipulation: (1) overrules any provision of the Local Civil Rules of this Court, including the Local Rules governing the filing or attempted filing of materials under seal; (2) authorizes or encourages any person to violate lawful process or an order of another court; or (3) controls the handling of any material at trial, which shall be determined by the trial judge.

IT IS SO ORDERED.

DATED: August 20, 2020

_____
JOHN D. EARLY
United States Magistrate Judge